%AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

PHILADELPHIA INDEMNITY INSURANCE CO.
                               Plaintiff(s),
V.
DANCO BUILDERS, DOES 1 TO 10, INCLUSIVE
                               Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 15-cv-03945-WHO

Notice is hereby given that, subject to approval by the court, **DANCO BUILDERS** substitutes
(Party (s) Name)

**GEORGE YARON**, State Bar No. **96246** as counsel of record in
(Name of New Attorney)

place of **JOHN S. LOPEZ, HARLAND LAW FIRM LLP, 622 H STREET, EUREKA, CALIFORNIA 95501**.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: YARON & ASSOCIATES
    Address: 1300 CLAY STREET, SUITE 800, OAKLAND, CA 94612
    Telephone: (415) 658-2929      Facsimile (415) 658-2930
    E-Mail (Optional): gyaron@yaronlaw.com

I consent to the above substitution.
Date: OCTOBER __, 2015

**DAN JOHNSON FOR DANCO BUILDERS**
(Signature of Party (s))

I consent to being substituted.
Date: 10/28/15

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 27 OCT 2015

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: November 3, 2015

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]