# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DANCO BUILDERS, DOES 1 to 10 Inclusive,<br><br>Defendants. | Case No. 15-cv-03945-WHO<br><br>ORDER ON MOTION and STIPULATION TO CONTINUE CUT-OFF DATES (Fed. R. Civ. P. 6(b)) |

**PURSUANT TO THE STIPULATION OF COUNSE, IT IS SO ORDERED that:**

a) Fact Discovery Cut-off is July 19, 2016;

b) Continue Initial Expert Disclosure Date is July 7, 2016;

c) Continue Expert Discovery Cut-off is August 22, 2016;

d) Continue Deadline to File Dispositive Motions is August 2, 2016;

e) Continue Deadline to File Responses to Dispositive Motions is October 3, 2016;

f) Continue Deadline to File Replies to Dispositive Motions is October 18, 2016;

g) Hearing on Dispositive Motions shall be at 2 p.m. on November 2, 2016;

h) The Pre-Trial Conference shall be set on January 17, 2017 at 2 p.m.

AGREED MOTION AND STIPULATION TO CONTINUE DISCOVERY CUT-OFF DATES (Fed. R. Civ. P. 6(b))1

[CASE NO.: 15-cv-03945-WHO]

i)  Bench Trial shall commence on February 13, 2017 at 8 a.m.

Dated: May 13, 2016

_____
UNITED STATES DISTRICT JUDGE