UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DANCO BUILDERS, DOES 1 to 10 Inclusive,<br><br>Defendants. | Case No. 15-cv-03945-WHO<br><br>ORDER ON MOTION and STIPULATION TO CONTINUE CUT-OFF DATES (Fed. R. Civ. P. 6(b)) |

**Upon stipulation of the parties, and with good cause appearing, the case schedule is modified as follows:**

    1**.** Continue Fact Discovery Cut-Off to August 1, 2016;

    2. Continue Initial Expert Disclosure Date to August 11, 2016;

    3. Continue Expert Discovery Cut-off to September 22, 2016.

Dated: June 28, 2016

_____
UNITED STATES DISTRICT JUDGE

ORDER ON MOTION and STIPULATION TO CONTINUE CUT-OFF DATES (Fed. R. Civ.P. 6(b))

[CASE NO.: 15-cv-03945-WHO]