UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DANCO BUILDERS and DOES 1 to 10,<br><br>Defendants. | Case No.: 15-cv-03945-WHO<br><br>[PROPOSED] ORDER ON MOTION AND STIPULATION TO CONTINUE DEADLINE TO FILE DISPOSITIVE MOTIONS<br><br>(Fed. R. Civ. P., Rule 6(b)) |

**IT IS SO ORDERED that:**

a) Continue Deadline to File Dispositive Motions to September 2, 2016.

b) Continue Deadline to File Responses to Dispositive Motions to November 3, 2016.

c) Continue Deadline to File Replies to Dispositive Motions to November 18, 2016.

d) Continue Hearing on Dispositive Motions to 2:00 p.m. on December 7, 2016.

///

///

-1-

Dated: July 20, 2016

_____
UNITED STATES DISTRICT JUDGE