STEPHEN N. COLE, ESQ. (State Bar. #53319)
scole@colenetlaw.com
**THE COLE LAW FIRM**
3410 Industrial Blvd., Suite 100
West Sacramento, CA 95619
Telephone:  (916) 376-0486
Facsimile:  (916) 376-0478

Attorneys for Plaintiff:
PHILADELPHIA INDEMNITY INSURANCE COMPANY

GEORGE D.  YARON, ESQ. (State Bar #96246)
gyaron@yaronlaw.com
D. DAVID STEELE, ESQ. (State Bar #171636)
dsteele@yaronlaw.com
**YARON & ASSOCIATES**
1300 Clay Street, Suite 800
Oakland, CA 94612
Telephone: (415) 658-2929
Facsimile: (415) 658-2930

Attorneys for Defendant
DANCO BUILDERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>DANCO BUILDERS and DOES 1 to10,<br><br>Defendants. | CASE No. 15-cv-03945-WHO<br><br>**STIPULATION; ORDER THEREON** |

### **AGREED MOTION AND STIPULATION TO CONTINUE EXPERT DISCOVERY CUT-OFF DATES**

NOW COME the parties, Plaintiff, PHILADELPHIA INDEMNITY INSURANCE COMPANY, and Defendant, DANCO BUILDERS, by and through their attorneys, THE

COLE LAW FIRM and YARON & ASSOCIATES, move this Court, pursuant to Federal Rules of Civil Procedure 6(b), for an extension of time to the expert witness discovery cut-off. In support of this motion, the parties state and stipulate as follows:

1. This negligence lawsuit arises out a fire at an apartment complex at Willow Creek Family Apartments.

2. The most recent Order was entered on September 27, 2016, upon agreement of the parties, and consideration of this Court, and continued the Initial Expert Disclosure Date to November 1, 2016 and the Expert Discovery Cut-off to December 1, 2016.

3. Plaintiff served a Mediation Statement on DANCO on October 11, 2016. In that statement, Plaintiff sets forth the allegation that the fire spread to the polyethylene deck boards to other portions of the building, and spread throughout the attic due to a lack of the required attic draft stops. DANCO contracted with the drywall subcontractor to install the gypsum draft stops in the attic.

4. The parties participated in a Mediation before Michael G. Ornstil at JAMS on October 18, 2016. No resolution was reached.

5. The Third Amended Complaint allegation 16: "On December 16, 2013 a tenant at the WILLOW CREEK disposed of a cigarette on the balcony of apartment 524, Building F. Rather than self-extinguishing, the fire ignited the DECKING and engulfed the second level of apartment 524, Building F, and spread to other portions of the building, damaging it."

6. After the Mediation, on October 24, 2016, Plaintiff sent to Defendant a proposed 4th Amended Complaint, which deleted allegations against Schmidbauer, and added facts to the reason for the fire spread, including the lack of required draft stops in the attic. Defendant declined to stipulate to the filing of the 4th Amended Complaint, and Counsel for the parties met and conferred by several emails, and several telephone conferences, including a telephone conference on November 2, 2016 on Plaintiff's proposed Motion for Leave to File an Amended Complaint.

7. On October 27, 2016, Plaintiff served a Supplemental Expert Report of its construction expert, Jeffrey Hughes, which offered opinions that that plans and specifications required attic drop stops, which were not properly installed. Plaintiff's expert, Dr. Vyto Barbrauskas, opined that this was another factor which contributed to the fire spread and subsequent damage at the Willow Creek Apartments, which was incorporated into Plaintiff's proposed 4th Amended Complaint.  In Defendant's view, this is a new issue, beyond the central allegation of a defective deck, that is not part of the current operative Third Amended Complaint.

8. Plaintiff's Counsel filed a Motion for Leave to File an Amended Complaint on November 9, 2016.

9. The parties agree that it makes sense to defer DANCO's expert depositions (all are scheduled, but none have been taken), until the Court adjudicates the Motion for Leave to File an Amended Complaint. Plaintiff suggested DANCO proceed with its taking Plaintiff's three expert witness depositions, by November 30, 2016. All three are scheduled.

10. The parties herein, by and through their respective counsel of record, stipulate, agree and request that this Court continue the presently set expert witness discovery date in this case to adequately complete discovery.

11. Based on the foregoing, the parties respectfully request an order extending the expert witness deadline to January 6, 2017, the deadline for filing a dispositive motion to February 15, 2017, and the hearing date on dispositive Motions to be held on April 12, 2017.

12. The extension proposed by agreement of the parties to this Court would accommodate the remaining expert discovery, based on this Court's adjudication of Plaintiff's Motion for Leave to File an Amended Complaint and would not prejudice any parties.

WHEREFORE, considering the foregoing, PHILADELPHIA INDEMNITY INSURANCE COMPANY, the plaintiff in this action, DANCO BUILDERS, the defendant in this action, move this Court to continue expert discovery cut-off- and stipulate and consent, in writing.

1
2
3
4
5
6
7   Respectfully submitted,

8   Date: _____

    For the Plaintiff:  PHILADELPHIA INDEMNITY INSURANCE COMPANY
9
10
11  By _____
    STEPHEN N. COLE, Esq.
12  THE COLE LAW FIRM
13  3410 Industrial Blvd., Suite 100
    West Sacramento, CA  95691
14  Tel: (916) 376-0486
15
16  Date: _____

17  For the Defendant DANCO BUILDERS
18
19
20  By _____
    GEORGE D. YARON, ESQ.
21  D. DAVID STEELE, ESQ.
    1300 Clay St.
22  Suite 800
23  Oakland, CA 94612
    Tel: (415) 658-2929
24
25
26
27
28

Stipulation; Order thereon                              4
\\candsf.cand.circ9.dcn\data\users\whoall\_cv\2015\2015_03945_philadelphia_indemnity_insurance_company_v_danco_builders\15-cv-03945-who-proposed_order_to_continue_deadlines.docx

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    vs.<br><br>DANCO BUILDERS and DOES 1 to10,<br><br>    Defendants. | CASE No. 15-cv-03945-WHO<br><br>**ORDER ON MOTION AND STIPULATION TO CONTINUE CUT-OFF DATES (Fed. R. Civ. P. 6(b))** |

IT IS ORDERED that:

   a) Expert Discovery Cut-off is continued to January 6, 2017;

   b) Dispositive Motion to be filed by February 15, 2017.

   c) Hearing on Dispositive Motion on April 12, 2017

Dated: November 16, 2016              _____
                                       UNITED STATES DISTRICT JUDGE

Stipulation; Order thereon                          5
\\candsf.cand.circ9.dcn\data\users\whoall\_cv\2015\2015_03945_philadelphia_indemnity_insurance_company_v_danco_builders\15-cv-03945-who-proposed_order_to_continue_deadlines.docx